764 A.2d 1

**Wendell BANKS, Appellant,**

v.

**Kim PIZZINGRILLI, Secretary of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 23, 2000.

Decided Nov. 2, 2000.

Wendell Banks, pro se.

Leonidas Pandeladis, John Thomas Henderson, Harrisburg, for Kim Pizzingrilli.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 2nd day of November, 2000, the Order of the Commonwealth Court is hereby AFFIRMED.